UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Marie Lynch,

              Plaintiff,

-against-

MTA Metro-North Railroad,

              Defendant(s).
-------------------------------------------------------X

No. 19 Civ. 6536 (CM)

**TRIAL NOTICE**

Please take notice that the above captioned matter is on the list of cases to be tried during the fourth quarter of 2021. This matter has been assigned a trial date – it is a backup case that has been scheduled in the event that other cases currently scheduled for trial are resolved. Parties should be prepared to commence trial as early as Monday, **October 4, 2021 at 9:30 a.m.** and may be called at any time thereafter to appear for jury selection and trial. A final pre-trial conference has been scheduled for Friday, September 24, 2021 at 11:00 a.m.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: May 5, 2021
       New York, New York

_____
United States District Judge

So Ordered

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2021